AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____  District of  _____New York_____

Christopher L. Finazzo

V.

Securities and Exchange Commission

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CV 02176**

TO: (Name and address of Defendant)

Securities and Exchange Commission
3 World Financial Center, Suite 4300
New York, NY 10281

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert J. A. Zito, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  MAR 0 4 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                       Date                      *Signature of Server*

                                         _____
                                         *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Robert J.A. Zito
Michael Shapiro
Alan S. Lewis
Kenneth S. Levine
Laura Anne Reeds

CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
*Attorneys for Plaintiff Christopher Finazzo*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER L. FINAZZO,                :
                                        :    Case No. 08 CIV 02176 (RJS)
                    Plaintiff,          :
                                        :
        - against -                     :
                                        :
                                        :    **AFFIDAVIT OF SERVICE**
SECURITIES AND EXCHANGE                 :
COMMISSION,                             :
                                        :
                    Defendant.          :
-----------------------------------------------------------X
STATE OF NEW YORK  )
                   ss.:
COUNTY OF NEW YORK )

EDURIN COLON, being duly sworn deposes and says:

1. I am over the age of eighteen years and am not a party to this action. I am employed by the law firm of Carter, Ledyard & Milburn LLP, attorneys for the Plaintiff.

2. On Wednesday, March 5, 2008 at 12:30 P.M., I personally served true and correct copies of the Summons in a Civil Case, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet and copies of the individual rules of Judge Richard J. Sullivan and Magistrate Henry Pitman upon the United

6291239.1

States Attorney for the Southern District of New York located at 86 Chambers Street, New York, New York, by delivering and leaving said papers with Jeffrey Oestericher, the Chief Deputy, who is a person designated to accept service on behalf of the United States Attorney for the Southern District of New York.

I describe Jeffrey Oestericher as follows: a Caucasian male, approximately 45 years of age, weighing approximately 150 pounds, approximately 5'6" in height, having brown hair and brown eyes.

3. On Wednesday, March 5, 2008 at 12:58 P.M. I mailed true and correct copies of the papers listed in paragraph 2 herein, by placing said papers in two post-paid envelopes addressed:

> Attorney General of the United States
> U.S. Department of Justice
> Room B-103
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
>
> Securities and Exchange Commission
> New York Regional Office
> 3 World Financial Center, Suite 400
> New York, NY 10281-1022
> Attn: Meaghan Cheung, Esq.

On said day, I deposited said envelopes with a postal clerk at the United States Post Office located at 1 Hanover Street, New York, New York, to be dispatched by certified mail, return receipt requested. The postal receipts for said mailings are attached hereto.

_____
Edurin Colon

Sworn to before me this

7th day of March, 2008.

_____
Notary Public.

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate filed in New York County
Commission Expires April 18, 2010

6291239.1



