SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHRISTOPHER L. FINAZZO    Plaintiff,

08  cv  02176  (RS )

- against -

SECURITIES AND EXCHANGE    Defendant.
COMMISSION

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of PAUL GIZZI    attorney for SECURITIES AND EXCHANGE COMMISSION

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | KAREN J SHIMP |
| Firm Name: | U.S. SECURITIES AND EXCHANGE COMMISSION |
| Address: | 100 F STREET NE |
| City/State/Zip: | WASHINGTON DC 20549-9612 |
| Telephone/Fax: | (202) 551-5007 |
| Email Address: | (202) 772-9263 |

is admitted to practice pro hac vice as counsel for SECURITIES AND EXCHANGE COM in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/7/08
City, State: NEW YORK, NY

United States District/Magistrate Judge