

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
*Office of the General Counsel*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/08

***Karen J. Shimp***
**Senior Counsel**

May 7, 2008

***Via Federal Express***
Judge Richard J. Sullivan
United States District Court SDNY
500 Pearl Street
Room 615
New York, NY 10007

      **Re:**    **Request to Appear by Telephone or Video**
               **Finazzo v. SEC, Case No. 08-cv-02176**

Dear Judge Sullivan:

     With your permission, I would like to appear at the pre-motion conference, scheduled for Tuesday May 13 at 3:30 p.m., by telephone or video from my office in Washington, D.C. Of course, if you require my physical presence I will make the necessary arrangements.

     I appreciate your consideration of my request.

                                Sincerely,

                                Karen J. Shimp
                                Senior Counsel
                                (Unopposed Motion to Appear *Pro Hac Vice*
                                pending)

cc: Robert Zito, via email

SO ORDERED
DATE 5/9/08
RICHARD J. SULLIVAN
U.S.D.J.

*email:*                       *100 F Street NE*              *Tel (202) 551-5007*
*shimpk@sec.gov*       *Washington, DC 20549-9612*       *Fax (202) 772-9263*