UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER L. FINAZZO,

            Plaintiff,

-v-

SECURITIES AND EXCHANGE COMMISSION,

            Defendant.

No. 08 Civ. 2176 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of plaintiff's letter of May 13, 2008, requesting an adjournment of today's conference. That request is granted.

    The conference is hereby adjourned to MAY 22 at 10 AM.

Defendant's time to answer or otherwise respond to the complaint is extended until that time.

SO ORDERED.

Dated:    May 13, 2008
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE