UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER L. FINAZZO,

                Plaintiff,

-v-

SECURITIES AND EXCHANGE COMMISSION,

                Defendant.

No. 08 Civ. 2176 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court shall conduct a follow-up conference on Tuesday, May 27, 2008 at 3:30 p.m. at which time the parties should be prepared to discuss the issue of recusal.

SO ORDERED.

Dated:      May 22, 2008
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE