

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
*Office of the General Counsel*

*Karen J. Shimp*
*Senior Counsel*

May 22, 2008

**MEMO ENDORSED**

*Via Facsimile*
Judge Richard J. Sullivan
United States District Court SDNY
500 Pearl Street
Room 615
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08
```

Re:   **Request for Continued Extension of Time**
      **Finazzo v. SEC, Case No. 08-cv-02176**

Dear Judge Sullivan:

In light of the continuance of the pre-motion conference, the Commission respectfully requests a corresponding extension until Tuesday, May 27 to answer or otherwise respond to the Complaint (a response otherwise due today).

Sincerely,

*Karen J. Shimp*
Karen J. Shimp
Senior Counsel
*Pro Hac Vice*

cc: Robert Zito, via facsimile

SO ORDERED
Dated: 5/22/08
RICHARD J. SULLIVAN
U.S.D.J.

*email:*                     *100 F Street NE*                *Tel (202) 551-5007*
shimpk@sec.gov           *Washington, DC 20549-9612*       *Fax (202) 772-9263*

TOTAL P.02