```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5\28\08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER L. FINAZZO,

            Plaintiff,

-v-

SECURITIES AND EXCHANGE COMMISSION,

            Defendant.

No. 08 Civ. 2176 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference on May 27, 2008, the Court adopted the following schedule:

        Defendant's motion to dismiss shall be filed and served on or before May 30, 2008.

        Plaintiff's opposition papers shall be filed and served on or before June 13, 2008.

        Defendant's reply papers shall be filed and served on or before June 20, 2008.

SO ORDERED.

Dated:      May 27, 2008
              New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE