

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
*Office of the General Counsel*

*Karen J. Shimp*
*Senior Counsel*

June 17, 2008

**MEMO ENDORSED**

*Via Facsimile*
Judge Richard J. Sullivan
United States District Court SDNY
500 Pearl Street
Room 615
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/08
```

Re: **Unopposed Request for Extension to File Reply**
     *Finazzo v. SEC*, Case No. 08-cv-02176

Dear Judge Sullivan:

The Commission's Reply in Support of its Motion to Dismiss is currently due this Friday, June 20. I was out of the office most of today, and will be out again tomorrow and possibly Friday, with a child who has strep and scarlet fever. In addition, I have long-standing plans to be out of town on Monday (assuming my child's health permits). I thus respectfully request an extension until **Wednesday, June 25** to file the Commission's reply. Mr. Levine (on behalf of Mr. Zito) does not oppose this request.

Sincerely,

*Karen J. Shimp*

Karen J. Shimp
Senior Counsel
(*Pro Hac Vice*)

cc: Robert Zito, via email

SO ORDERED
6/17/08
RICHARD J. SULLIVAN
U.S.D.J.

email:                          100 F Street NE                Tel (202) 551-5007
shimpk@sec.gov         Washington, DC 20549-9612       Fax (202) 772-9263