UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTOPHER L. FINAZZO,   :   No. 08 CIV 2176 (RJS)

                 Plaintiff,   :   **NOTICE OF APPEAL**

                 Versus   :

SECURITIES AND EXCHANGE   :
COMMISSION,   :

                 Defendant.   :
------------------------------------------------------------x

FILED U.S. DC
AUG 13 2008
S.D. OF N.Y.

Notice is hereby given that Plaintiff Christopher L. Finazzo in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment dated and entered on August 12, 2008, and each and every part of the Order by the Honorable Richard J. Sullivan dated August 5, 2008, entered in this action on August 8, 2008, with an additional attachment added on August 12, 2008 (corrected order).

Dated: New York, New York
       August 13, 2008

                                            CARTER LEDYARD & MILBURN LLP

                                      By: _____
                                               Robert J.A. Zito
                                               Kenneth S. Levine
                                               2 Wall Street
                                               New York, NY 10005
                                               Tel. (212) 732-3200
                                               Fax: (212) 732-3232
                                               *Attorneys for Plaintiff Christopher L.*
                                               *Finazzo*

TO:   Karen Shimp, Esq.
        U.S. Securities and Exchange Commission
        100 F Street NE
        Washington, DC 20549-9612

6361130.1